UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADISON ROSE LUCEY, | |
| Plaintiff, | CIVIL NO. 3:25-CV-01707 |
| v. | |
| WIDENER UNIVERSITY COMMONWEALTH LAW SCHOOL, | (LATELLA, M.J.) |
| Defendant. | |

## ORDER

AND NOW, this 21st day of October, 2025, for the reasons stated in the Memorandum Opinion filed simultaneously herewith, it is **HEREBY ORDERED** that Plaintiff's "Request to Repeal the Unlawful, Ex Parte, Backroom Deal/Favor that resulted in the Removal of My Judge, Judge Schwab," which we construed as a motion to recuse, is **DENIED**.

/s/ Leo A. Latella
Leo A. Latella
United States Magistrate Judge